Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 13, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § | CRIMINAL NO: **4:20-CR-355** **SEALED** |
| v. | | |
| JERMAINE DESHAN WEST | | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    CRIMINAL INDICTMENT    has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

<u>Defendant</u>

JERMAINE DESHAN WEST

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas, on         August 13, 2020

UNITED STATES MAGISTRATE JUDGE